IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMY SCOTT ELKINS, ) | Civil Action No. 7:11-cv-00537 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| W. C. DARNELL, <u>et al.</u>, ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: March 22, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge